# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

LORRAINE CHADWELL, Individually and as the　　　　　　　　　　　　　　　　PLAINTIFF
Personal Representative of the Estate of
Thomas J. Dazey, Deceased, and on Behalf of the
Wrongful Death Beneficiaries of Thomas
J. Dazey, Deceased

v.　　　　　　　　　　　No. 3:17CV00053 JLH

LONE STAR RAILROAD CONTRACTORS, INC.;
WELLS FARGO RAIL CORPORATION;
BNSF RAILWAY COMPANY; JOHN DOE
CORPORATIONS I and II; and
STEEL DUST RECYCLING, LLC　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

Without objection, plaintiff's motion for extension of time to file her response to Steel Dust Recycling, LLC's motion for summary judgment is GRANTED. Document #45. The deadline within which plaintiff must respond is extended up to and including January 19, 2018.

IT IS SO ORDERED this 28th day of December, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE