**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

LORRAINE CHADWELL                                                                      PLAINTIFF

v.                                            CASE NO. 3:17CV00053 JLH

LONE STAR RAILROAD CONTRACTORS, INC.; et al.                          DEFENDANTS

### ORDER

      The joint motion requesting entry of proposed amended scheduling order is GRANTED.

Document #61.   By agreement of the parties, the following deadlines are hereby extended:

- Plaintiff's expert disclosures due by May 1, 2018;

- Defendants' expert disclosures due by May 22, 2018;

- Rebuttal reports due by June 5, 2018.

All other deadlines and dates in the final scheduling order remain as previously set.

IT IS SO ORDERED this 26th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE