# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

LORRAINE CHADWELL, Individually and                                          PLAINTIFF
as the Personal Representative of the Estate of
Thomas J. Dazey, Deceased, and on Behalf
of the Wrongful Death Beneficiaries of
Thomas J. Dazey, Deceased

v.                                  No. 3:17CV00053 JLH

LONE STAR RAILROAD CONTRACTORS, INC.;
WELLS FARGO RAIL CORPORATION;
BNSF RAILWAY COMPANY; JOHN DOE
CORPORATIONS I and II; and
STEEL DUST RECYCLING, LLC                                                   DEFENDANTS

## ORDER

The joint motion to continue trial date and scheduling order is GRANTED. Document #65. This action is removed from the trial docket for the week of September 24, 2018, and all deadlines are hereby set aside. A new scheduling order with a new trial date and new deadlines will be entered separately.

IT IS SO ORDERED this 23rd day of April, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE