# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

LORRAINE CHADWELL                                                                PLAINTIFF

v.                      No. 3:17CV00053 JLH

LONE STAR RAILROAD
CONTRACTORS, INC.; *et al.*                                        DEFENDANTS

## ORDER

Defendant Wells Fargo Rail Corporation's motion to continue the trial date is GRANTED. Document #68. This action is removed from the trial docket for the week of March 4, 2019, in Jonesboro, Arkansas. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 1st day of May, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE