3IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| LORRAINE CHADWELL, Individually, | ) | |
| and as the Personal Representative of the | ) | |
| ESTATE OF THOMAS J. DAZEY, deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:17-CV-00130-JLH |
| v. | ) | |
| | ) | |
| LONE STAR RAILROAD | ) | Division 3 |
| CONTRACTORS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANTS WELLS FARGO RAIL CORPORATION, BNSF RAILWAY CORPORATION, AND STEEL DUST RECYCLING, LLC**

COMES NOW Plaintiff, by and through her undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and hereby moves this Honorable Court to enter an Order dismissing without prejudice Defendants Wells Fargo Rail Corporation ("Wells Fargo"), BNSF Railway Corporation ("BNSF"), and Steel Dust Recycling, LLC ("Steel Dust").

Defendants have no objection to Plaintiff's Motion to Dismiss Without Prejudice Defendants Wells Fargo Rail Corporation, BNSF Railway Corporation, and Steel Dust Recycling, LLC. Plaintiff has emailed a Proposed Order to the Honorable J. Leon Holmes.

WHEREFORE, Plaintiff moves this Court to enter an Order dismissing without prejudice Defendants Wells Fargo Rail Corporation, BNSF Railway Corporation, and Steel Dust Recycling, LLC.

Date: June 7, 2018                                    DAVIS, BETHUNE & JONES, LLC

                                                      By    /s/    *Thomas C. Jones*
                                                          Thomas C. Jones (Ark. # 2009004)

Grant L. Davis
Timothy C. Gaarder
1100 Main Street, Suite 2930
Kansas City, Missouri 64105
Telephone: (816) 421-1600
Facsimile: (816) 472-5972
Email: tjones@dbjlaw.net
gdavis@dbjlaw.net
tgaarder@dbjlaw.net

Tony L. Wilcox
**WILCOX LAW FIRM**
600 S. Main Street
Jonesboro, AR 72401
Email: twilcox@wilcoxlacy.com

*Attorneys for Plaintiff Lorraine Chadwell, Individually, and as the Personal Representative of the Estate of Thomas Dazey, deceased, and on behalf of all Wrongful Death Beneficiaries of Thomas J. Dazey, deceased*

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 7th day of June, 2018, a copy of the above and foregoing pleading has been electronically filed with the Clerk of the US District Court, Eastern District of Arkansas, using the CM/ECF system, which shall send notification of such filing to all attorneys of record in this matter.

By    /s/    *Thomas C. Jones*