# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

LORRAINE CHADWELL, as Personal                                              PLAINTIFF
Representative of the Estate of Thomas J. Dazey

v.                              NO. 3:17CV00053 JLH

LONE STAR RAILROAD
CONTRACTORS, INC.; et al.                                                   DEFENDANTS

## ORDER

The plaintiff's motion to dismiss without prejudice defendants Wells Fargo Rail Corporation, BNSF Railway Corporation, and Steel Dust Recycling, LLC, is GRANTED. Document #75. The claims of the plaintiff against those defendants are hereby dismissed without prejudice.

IT IS SO ORDERED this 8th day of June, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE