# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

LORRAINE CHADWELL, as Personal                                    PLAINTIFF
Representative of the Estate of Thomas J. Dazey

v.                             NO. 3:17CV00053 JLH

LONE STAR RAILROAD
CONTRACTORS, INC.; *et al.*                                       DEFENDANTS

## ORDER

Plaintiff's unopposed motion for leave to amend complaint to add Phoenix Services, LLC, as a defendant is GRANTED. Document #85. Plaintiff's second amended complaint must be filed within seven days from the entry of this Order.

IT IS SO ORDERED this 29th day of October, 2018.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE