# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

LORRAINE CHADWELL, as Personal  PLAINTIFF
Representative of the Estate of Thomas J. Dazey

v.  NO. 3:17CV00053 JLH

LONE STAR RAILROAD
CONTRACTORS, INC.; *et al*.  DEFENDANTS

## ORDER

Defendant Lone Star Railroad Contractors, Inc.'s motion for leave to file its first amended answer to plaintiff's second amended complaint and cross-claim for contribution/proration of fault is GRANTED. Document #92. Lone Star's first amended answer must be filed within seven days from the entry of this Order.

IT IS SO ORDERED this 3rd day of January, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE