**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

LORRAINE CHADWELL, as Personal                                        PLAINTIFF
Representative of the Estate of Thomas J. Dazey

v.                                        NO. 3:17CV00053 JLH

LONE STAR RAILROAD
CONTRACTORS, INC.; *et al*.                                        DEFENDANTS

## ORDER

    For the reasons stated on the record during the telephone hearing today, plaintiff's motion to compel discovery propounded to defendant Lone Star Railroad Contractors, Inc., is GRANTED IN PART and DENIED IN PART. Document #89.

    IT IS SO ORDERED this 3rd day of January, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE