IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LORRAINE CHADWELL, as Personal                                                    PLAINTIFF
Representative of the Estate of Thomas J. Dazey

v.                              NO. 3:17CV00053 JLH

LONE STAR RAILROAD
CONTRACTORS, INC.; *et al*.                                                       DEFENDANTS

## ORDER

The joint motion for new trial date is GRANTED. Document #100. This case is removed from the trial calendar for the week of April 29, 2019, and the current scheduling order is set aside. A new scheduling order with a new trial date and new deadlines will be entered separately.

IT IS SO ORDERED this 25th day of January, 2019.

---
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE