**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 WEST CAPITOL AVENUE, SUITE D-469
LITTLE ROCK, ARKANSAS 72201-3325

**J. LEON HOLMES**                                                          (501) 604-5380
**UNITED STATES DISTRICT JUDGE**                                    FAX: (501) 604-5389

May 8, 2019

All Attorneys of Record

      Re:    Case No. 3:17CV00053
              *Chadwell v. Lone Star Railroad Contractors, Inc., et al.*

Dear Counselors:

      I have entered an Order granting the motion to continue the August trial setting. The motion for continuance said that the parties are available in mid-October if the Court can set the trial then. I will be leaving the bench at the end of September. If you can try the case in mid-September, I should be able to set it then. If not, another judge will have to preside. It is very likely that if you consent to magistrate judge jurisdiction, a magistrate judge can give you a trial in mid-October. I will ask my courtroom deputy, Cory Wilkins, to send consent forms so that you can complete them if all parties decide to consent. If you cannot try the case before September 30, and if any party declines to consent to magistrate judge jurisdiction, this case will be randomly reassigned to another district judge after I leave the bench.

      Respectfully yours,

      Leon Holmes

JLH/lkc