# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**LORRAINE CHADWELL**  **PLAINTIFF**
**individually and as the personal**
**representative of the Estate of**
**Thomas J. Dazey**

v.   CASE NO. 3:17-CV-00053 BSM

**LONE STAR RAILROAD**
**CONTRACTORS, INC., et al.**   **DEFENDANTS**

## ORDER

This case is stayed pursuant to an email from the parties dated December 9, 2019, indicating their intention to mediate this dispute. If the parties reach a settlement, they will file a notice of settlement and jointly move to dismiss. If not, the parties will move to lift the stay, and a new scheduling order will issue. If the parties do not provide a status update within 120 days, this case will be dismissed without prejudice.

IT IS SO ORDERED this 18th day of December 2019.

_____
UNITED STATES DISTRICT JUDGE