**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**LORRAINE CHADWELL**  **PLAINTIFF**
**individually and as the personal**
**representative of the Estate of**
**Thomas J. Dazey**

v.        CASE NO. 3:17-CV-00053 BSM

**LONE STAR RAILROAD**
**CONTRACTORS, INC., et al.**              **DEFENDANTS**

## ORDER

The joint motion to dismiss [Doc. No. 123] is granted, and defendant Lone Star Railroad Contractors, Inc., is dismissed with prejudice. The parties were directed to provide a status update within 120 days, but they did not do so. After that time expired, they submitted a status report indicating that Lorraine Chadwell and Phoenix Services, LLC, would like to set a trial date. The stay is lifted. Because the most recent scheduling order was vacated before the discovery and summary judgment deadlines closed, the discovery deadline is August 3, 2020, and the summary judgment deadline is August 31, 2020. A new scheduling order shall issue setting a trial date.

IT IS SO ORDERED this 1st day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE