IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| **LORRAINE CHADWELL, Individually, and as** the personal representative of the ESTATE OF THOMAS J. DAZEY, deceased, and on behalf of the wrongful death beneficiaries of Thomas J. Dazey, deceased | **PLAINTIFF** |
| v.   No: 3:17-CV-00053-BSM | |
| **PHOENIX SERVICES, LLC; JOHN DOE CORPORATION I, JOHN DOE CORPORATION II** | **DEFENDANTS** |

**ORDER**

Pursuant to the parties' notice of settlement [Doc. No. 157], this case is dismissed with prejudice.

IT IS SO ORDERED this 31st day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE