IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LORRAINE CHADWELL, Individually, and as**     **PLAINTIFF**
the personal representative of the ESTATE
OF THOMAS J. DAZEY, deceased, and on
behalf of the wrongful death beneficiaries of
Thomas J. Dazey, deceased

v.        No: 3:17-CV-00053-BSM

**PHOENIX SERVICES, LLC; JOHN DOE**
**CORPORATION I, JOHN DOE CORPORATION II**     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 31st day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE